UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 03-366 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| BARRY W. GEWIN, | ) | |
| MICHAEL D. KARSCH, | ) | |
| DOMINIC ROELANDT | ) | |
| GEORGE RUSSELL TAYLOR, | ) | |
| LEWIS VAN STILLMAN, and | ) | |
| DAVID A. WOOD | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on the motion to withdraw Emily C. Scruggs's appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the motion.

IT IS THEREFORE ORDERED that the appearance of Emily C. Scruggs in the above-referenced case is withdrawn.

So ORDERED this _12_ day of July 2022.

_____
Hon. Colleen Kollar-Kotelly
United States District Court
District of Columbia